IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | | |
|---|---|---|
| GEORGE WATSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:10-CV-010-A |
| | § | |
| MICHAEL J. ASTRUE, | § | |
| COMMISSIONER OF SOCIAL SECURITY, | § | |
| | § | |
| Defendant. | § | |

ORDER

On December 20, 2010, United States Magistrate Judge Jeffrey Cureton issued his proposed findings and conclusions and his recommendation in the above-referenced case. The recommendation is that the decision of defendant, Michael J. Astrue, Commissioner of Social Security ("Commissioner"), that plaintiff, George Watson, "is not disabled under sections 216(i) and 223(d) of the Social Security Act" and "is not disabled under section 1614(a)(3)(A) of the Social Security Act"[1] be affirmed. Magistrate Judge Cureton granted the parties until January 4, 2011, to file and serve written objections to the proposed findings and conclusions and recommendation. Plaintiff timely filed objections, and the Commissioner filed a response to such objections. After a thorough study of the record, the magistrate

---

[1] The quoted language is the decision of the administrative law judge, Tr. at 18, which became the final decision of the Commissioner, id. at 1.

judge's proposed findings and conclusions, and applicable legal authorities, the court has concluded that plaintiff's objections lack merit and that the recommendation of the magistrate judge should be accepted. Therefore,

The court adopts the magistrate judge's findings and conclusions, accepts the magistrate judge's recommendation, and ORDERS that the decision of the Commissioner be, and is hereby, affirmed.

SIGNED February 8, 2011.

JOHN McBRYDE
United States District Judge